# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00285-CV

**Carlos Vargas, Appellant**

**v.**

**John William Wittman, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 20-2426, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carlos Vargas has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed:  August 11, 2021